# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| SOUTHWEST RESEARCH INSTITUTE, | ) | |
| Plaintiff, | ) | No. 09-329C |
| v. | ) | Filed September 17, 2009 |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

### **ORDER**

On September 19, 2009, defendant filed an unopposed motion for enlargement of time to file its response to the complaint in order for defendant to respond to a settlement offer.  Because plaintiff does not oppose the motion, the Court hereby **GRANTS** the motion.  The Court hereby **ORDERS** as follows:

1)  Defendant shall file its response to the complaint not later than **Monday, October 19, 2009**.

2) The parties shall participate in a telephonic status conference with the Court at **10:00 a.m. on Thursday, October 15, 2009,** at which time the parties should be prepared to discuss the status of their settlement discussions and their views with respect to scheduling future proceedings in the case.

**IT IS SO ORDERED**.

                                                    s/ George W. Miller
                                                    GEORGE W. MILLER
                                                           Judge